Fourth Court of Appeals
 San Antonio, Texas

 JUDGMENT
 No. 04-14-00721-CV

 Andrés RAMOS Jr.,
 Appellant

 v.

 Gigi CASTAÑEDA,
 Appellee

 From the County Court, Maverick County, Texas
 Trial Court No. 3220
 Honorable Ron Carr, Judge Presiding 1

 BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

 In accordance with this court’s opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Andrés Ramos Jr.

 SIGNED March 18, 2015.

 _____________________________
 Patricia O. Alvarez, Justice

1
 The Honorable David R. Saucedo, presiding judge of the Maverick County Court, recused himself. The Honorable
Ron Carr signed the judgment in the underlying cause.